AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| United States of America<br>v.<br>Steven Jones, a/k/a "Jonsey"<br>_____<br>*Defendant* | )<br>)<br>)   Case No.   2:25-mj-27-KFW<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Steven Jones, a/k/a "Jonsey" _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

Felon in Possessin of a Firearm, in violation of Title 18, U.S.C. Section 922(g)(1)
Possession with Intent to Distribute Controlled Substances, in violation of Title 21, U.S.C. Section 841(a)(1)

Date and time issued:    10:17 am, Jan 22 2025                                        _____
                                                                                                                    *Judge's Signature*

City and state:        Portland, Maine                               Karen Frink Wolf,   U.S. Magistrate Judge
                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                _____
                                                                                            *Arresting officer's signature*

                                                                                            _____
                                                                                            *Printed name and title*